# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ELENA PAUL,

    Plaintiff,

v.                                                 Case No. 8:21-cv-983-T-KKM-JSS

KAREN RUSHING, et al.,

    Defendants.
_____/

## ORDER

An order dated April 26, 2021, directs Plaintiff Elena Paul to file a complaint that complies with the Federal Rules of Civil Procedure and either (a) pay the $402 filing fee or (b) file a motion to proceed *in forma pauperis*. (Doc. 2). Paul's deadline to do so was May 10. (*Id.*). That deadline passed, and Paul failed to perform either action. What is more, a review of Paul's "response" and attachments shows that allowing her more time to file a complaint that complies with the Federal Rules of Civil Procedure would be futile. *See Thomason v. Ala. Home Builders Licensure Bd.*, 741 F. App'x 638, 641 (11th Cir. 2018) ("Amendment [of pro se complaint] would have been futile because the proposed amended complaint consisted of 106 pages of largely incomprehensible assertions, analysis, and conclusions."). As a result, this case is **DISMISSED with prejudice**. The Clerk is directed to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Tampa, Florida, on May 13, 2021.

Kathryn Kimball Mizelle
United States District Judge